E. BRYAN WILSON
Acting United States Attorney

CHRISTOPHER D. SCHROEDER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: christopher.schroeder@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>NELLIE SHERRY SERRADELL,<br><br>Defendant. | No. 3:21-cr-00064-JMK-MMS<br><br>COUNT 1:<br>CARJACKING<br>   Vio. of 18 U.S.C. § 2119(2)<br><br>COUNT 2:<br>KIDNAPPING<br>   Vio. of 18 U.S.C. § 1201(a)(1) |

I N D I C T M E N T

The Grand Jury charges that:

COUNT 1

On or about November 17, 2019, within the District of Alaska, the defendant, NELLIE SHERRY SERRADELL, with the intent to cause death and serious bodily harm, intentionally took a motor vehicle, to wit: a 2009 Saturn Vue, that had been transported, shipped, and received in interstate and foreign commerce, from the person and presence of

A.B. by force and violence, and by intimidation, resulting in serious bodily injury.

All of which is in violation of 18 U.S.C. § 2119(2).

## COUNT 2

On or about November 17, 2019, within the District of Alaska, the defendant, NELLIE SHERRY SERRADELL, did willfully and unlawfully seize, confine, kidnap, abduct, and carry away A.B., and hold A.B. for ransom, reward, and otherwise, and did use a means, facility, and instrumentality of interstate commerce, to wit: a 2009 Saturn Vue, in furtherance of the commission of the offense.

All of which is in violation of 18 U.S.C. § 1201(a)(1).

A TRUE BILL.

                                        s/ Grand Jury Foreperson
                                        GRAND JURY FOREPERSON

s/ Christopher D. Schroeder
CHRISTOPHER D. SCHROEDER
Assistant U.S. Attorney
United States of America

s/ E. Bryan Wilson
E. BRYAN WILSON
Acting United States Attorney
United States of America

Date:    May 18, 2021