E. BRYAN WILSON
Acting United States Attorney

CHRISTOPHER SCHROEDER
Assistant United States Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: christopher.schroeder@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| In the Matter of<br><br>NELLIE SHERRY SERRADELL,<br><br>On Writ of Habeas Corpus | Case No. 3:21-cr-00064-JMK-MMS |

**PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

TO: The Honorable Judge of the United States District Court:

Your Petitioner respectfully shows:

NELLIE SHERRY SERRADELL, who is imprisoned by the State of Alaska Department of Corrections, at Highland Mountain Correctional Center, is a defendant in a certain cause now pending before this court, to wit: *United States v. Nellie Sherry Serradell*, which is necessary to schedule an arraignment/initial appearance.

WHEREFORE, Petitioner prays that the Clerk of this court be instructed to issue a Writ of Habeas Corpus Ad Prosequendum to the State of Alaska Department of Corrections to bring the said defendant before the court in Anchorage, Alaska, for the hearing, as well as further proceedings, and to be returned to the State of Alaska Department of Corrections.

E. BRYAN WILSON
Acting United States Attorney

DATED: 5/19/21

s/ Christopher Schroeder
CHRISTOPHER SCHROEDER
Assistant United States Attorney
United States of America